IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARA COON, Administratrix of the Estate of Maxwell Schollenberger, And in Her Own Right,<br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LEBANON, et.al.,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br><br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

Defendants the County of Lebanon and Erin M. Moyer hereby remove this case from the Lebanon County Court of Common Pleas:

1. On August 25, 2021, Plaintiff filed a Complaint in the Lebanon County Court of Common Pleas.

2. The Complaint was served on Defendants County of Lebanon and Erin M. Moyer on September 2, 2021. (Attached hereto as Exhibit "A").

3. On September 9, 2021, Plaintiff filed Certificates of Service confirming service of the Complaint on September 2, 2021. (Attached hereto as Exhibit "B").

4. Removal is appropriate because Plaintiff's Complaint raises federal questions, namely violations of federal statutes.

5. Specifically, Plaintiff's Complaint alleges that Defendant County of Lebanon violated 42 U.S.C. § 1983 - Procedural Due Process under the Fourteenth

Amendment to the United States Constitution (Municipal Liability). (See, Plaintiff's Complaint, Count I, ¶¶ 157-190).

6. Further, Plaintiff's Complaint alleges that Defendant Erin M. Moyer violated 42 U.S.C. §1983 – Procedural Due Process – under the Fourteenth Amendment to the United States Constitution (Supervisory Liability). (See, Plaintiff's Complaint, Count II ¶¶ 191-203).

7. Federal courts have jurisdiction over claims that arise under federal laws generally, 28 U.S.C. § 1331.

8. Accordingly, this Court has removal jurisdiction because Plaintiff's Complaint raises federal questions. 28 U.S.C. § 1441(a).

9. Pursuant to 28 U.S.C. § 1446(d), removing Defendants will contemporaneously serve a copy of this Notice of Removal on Plaintiff, Defendants Schollenberger and Defendant Maurer, and file this Notice in the Lebanon County Court of Common Pleas.

10. Venue is proper in this Court because Defendants reside or are situated in this District and the events giving rise to this action took place within the District. 28 U.S.C.A. § 1391(b).

11. Undersigned counsel contacted the Lebanon County Public Defender's Office and received concurrence from Brian Deiderick on behalf of Defendant, Scott Schollenberger, Jr. to remove this matter.

12. Undersigned counsel received concurrence from Andrew J. Race, Esquire on behalf of Kimberly Maurer to remove this matter.

Date:   September 28, 2021            Respectfully submitted,

                                                          Lavery Law

                                                          By:  s/Frank J. Lavery, Jr.
                                                              Frank J. Lavery, Jr., Esquire
                                                              PA Attorney I.D. 42370
                                                              Andrew W. Norfleet, Esquire
                                                              PA Attorney I.D. 83894
                                                              225 Market Street, Suite 304
                                                              P.O. Box 1245
                                                              Harrisburg, PA 17108-1245
                                                              (717) 233-6633 (Telephone)
                                                              (717) 233-7003 (Facsimile)
                                                              flavery@laverylaw.com
                                                              anorfleet@laverylaw.com
                                                              *Attorneys for Defendants The County of Lebanon and Erin M. Moyer*

## **CERTIFICATE OF SERVICE**

I, Aimee L. Paukovits, an employee with the law firm of Lavery Law, do hereby certify that on this 28 day of September, 2021, I served a true and correct copy of the foregoing Notice of Removal via email and U.S. First Class Mail, postage prepaid, addressed as follows:

Steven F. Marino, Esquire
Joseph Auddino, Esquire
Marino Associates
301 Wharton Street
Philadelphia, PA  19147
smarino@marinoassociates.net
jauddino@marinoassociates.net
*Attorneys for Plaintiff*

Scott Schollenberger, Jr.
Lebanon County Prison
730 East Walnut Street
Lebanon, PA  17042
*Defendant*

Kimberly Maurer
Lebanon County Prison
730 East Walnut Street
Lebanon, PA  17042
*Defendant*

**Courtesy Copies to:**

Brian L. Deiderick, Chief Public Defender
Lebanon County Public Defender's Office
400 S. 8th St., Rm. 122
Lebanon, PA  17042
*Attorney for Defendant Scott Schollenberger, Jr. (for underlying criminal matter, only)*

Andrew J. Race, Esquire
Reilly Wolfson
1601 Cornwall Road
Lebanon, PA  17042
*Attorney for Defendant Kimberly Maurer (for underlying criminal matter, only)*

                                                   <u>S/Aimee L. Paukovits</u>
                                                   Legal Secretary to Frank J. Lavery, Jr., Esquire and Andrew W. Norfleet, Esquire